UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN W. CURRYTTO,<br>    Plaintiff,<br><br>v.<br><br>JANE DOE #1, et al.,<br>    Defendants. | CASE NO. 3:20-cv-1213 (MPS)<br><br><br><br>OCTOBER 26, 2020 |

## ORDER

Plaintiff Kevin W. Currytto, incarcerated at the Bridgeport Correctional Center in Bridgeport Connecticut, filed this case under 42 U.S.C. § 1983. The plaintiff included Dr. Preston as a defendant. When the Clerk contacted the Department of Correction to confirm Dr. Preston's service address, she was advised that there were no current or former employees by that name.

Within 90 days of this order, the plaintiff shall obtain this defendant's correct name and current work address through discovery (for example, through interrogatories or document production requests) and file a notice containing the information. Once the plaintiff provides service information, the Court can order service on him.

**SO ORDERED** this 26th day of October 2020 at Hartford, Connecticut.

                                                  /s/
                                      Michael P. Shea
                                      United States District Judge