UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN W. CURRYTTO,<br>    Plaintiff,<br><br>v.<br><br>JANE DOE #1, et al.,<br>    Defendants. | CASE NO. 3:20-cv-1213 (MPS)<br><br><br><br>JANUARY 11, 2021 |

## ORDER

Plaintiff Kevin W. Currytto has filed a notice indicating that the defendant originally named as Dr. Cary Preston is actually Dr. Cary Freston.

The Clerk shall verify Dr. Freston's current work address with the Department of Correction Office of Legal Affairs, mail a waiver of service of process request packet including this Order to Dr. Freston within twenty-one days of this Order, and report to the court on the status of the waiver request on the thirty-fifth day after mailing. If the defendant fails to return a signed waiver, the Clerk shall make arrangements for in-person individual capacity service by the U.S. Marshal Service on Dr. Freston who will be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

**SO ORDERED** this 11th day of January 2021 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Michael P. Shea
　　　　　　　　　　　　　　　United States District Judge